**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20693
_____

EDUARDO DeLaGARZA; ET AL,

Plaintiffs

EDUARDO DeLaGARZA,

Plaintiff-Appellant,

versus

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(4:02-CV-4974)
--------------------

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:*

        AFFIRMED.  See 5th Cir. R. 47.6.

---

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.